ACCEPTED
03-14-00707-CR
5233273
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/11/2015 2:44:07 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00707-CR

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/11/2015 2:44:07 PM
JEFFREY D. KYLE
Clerk

_____

DEVIN DESEAN SIMMONS,
*Defendant-Appellant*,


v.


THE STATE OF TEXAS,
*Plaintiff-Appellee*.

_____


On Appeal from the 264th Judicial District Court
Trial Court Case No. 71988-D

_____


**APPELLANT'S
MOTION FOR EXTENSION
OF TIME TO FILE INITIAL BRIEF**

_____


Robert L. Sirianni, Jr., Esq.
Texas Bar No. 24086378
The Law Offices of Robert Sirianni
201 N. New York Ave., Suite 200
Winter Park, Florida 32789
(p) 407-388-1900
(f) 407-622-1511
*Counsel for Defendant-Appellant*



**May 11, 2015**

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW, **DEFENDANT-APPELLANT DEVIN DESEAN SIMMONS**, through undersigned counsel in the above-styled cause, and respectfully submits this Motion for Extension of Time to File Initial Brief, and as grounds would show unto the Court the following:

1.       The initial Brief is currently due on May 11, 2015.

2.       Due to difficulty with the institution in which Defendant-Appellant Devin Desean Simmons is currently incarcerated, undersigned counsel has not been able to speak to Defendant-Appellant, Devin Desean Simmons, to review the Initial Brief, despite having confirmed two (2) legal calls with the prison facility within the past thirty (30) days.

3.       Accordingly, in an abundance of caution, Defendant-Appellant Devin Desean Simmons respectfully requests that this Court grant a 30-day extension of time, up to and including June 10, 2015, to file the Initial Brief in this cause.

4.       This extension of time is not requested for the purpose of delay, but so that the issues on appeal are presented in the clearest and most effective manner so that justice may be done in this cause. This is Defendant-Appellant's second request for an extension of time.

1

**WHEREFORE, Premises Considered**, Defendant-Appellant respectfully requests the entry of an order granting a 30-day extension of time, up to and including June 10, 2015, to file the Initial Brief and to provide such further and other relief that the Court may deem just, fair and equitable.

Respectfully Submitted,

/s/ Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr.
The Law Offices of Robert Sirianni
Texas Bar No. 24086378
201 N. New York Ave., Suite 200
Winter Park, Florida 32789
(p) 407-388-1900
(f) 407-622-1511
*Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that on this 11th day of May, 2015, the foregoing document has been served by U.S. Mail, first-class postage prepaid, upon the following:

Mr. Bob D. Odom
Assistant District Attorney
P.O. Box 540
Belton, TX 76513

*/s/ Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr., Esq.

## CERTIFICATE OF CONFERENCE

On May 11, 2015, the office of undersigned conferred with attorney Bob D. Odom. Mr. Odom does not oppose this motion.

*/s/ Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr., Esq.